ROBERT FINK *v.* MILAGROS COX

The motion by the plaintiff for a review of the decision concerning the rectification of the appeal from the Superior Court in Fairfield County is denied.

*David S. Maclay,* in support of the motion.

Submitted July 27—decided September 21, 1966

J. STEWART THORNE ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD ET AL.

The motion by the plaintiffs for a review of the decision concerning the correction of the record in the appeal from the Court of Common Pleas in Fairfield County at Stamford is remanded to the trial court with direction that the trial judge hold a hearing on the plaintiffs' motion to correct the record and to add to the finding such claims of law, if any, as were properly made but were not included in the finding. See Practice Book § 223.

*Francis J. McNamara, Jr.,* in support of the motion.

Submitted August 5—decided September 21, 1966

ELEANOR GROSBY *v.* HELEN HARPER

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Robert M. Grosby,* in support of the petition.

*Julian A. Gregory,* in opposition.